Decided March 24, 2004

## RICHARD T. CARPENTER, JR. *v.* COMMISSIONER OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 81 Conn. App. 203 (AC 23488), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the petitioner was entitled to an evidentiary hearing on his petition for habeas corpus?"

The Supreme Court docket number is SC 17155.

*Michele C. Lukban,* assistant state's attorney, in support of the petition.

*Cynthia M. Barlow,* deputy assistant public defender, in opposition.

Decided March 24, 2004

## STEVEN CHILA *v.* RICHARD L. STUART ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 81 Conn. App. 458 (AC 23504), is denied.

*David M. Wallman,* in support of the petition.

*Robert S. Bello,* in opposition.

Decided March 24, 2004